AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

Report required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Harmon, Melinda | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>August 14, 2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate ful- or -art-time)<br><br>Active Article III Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☒ Annual  ☐ Final<br>5b.<br>☐ Amended Report | 6. Reporting Period<br><br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>515 Rusk, Suite 9114<br>Houston, Texas 77002 | 8. On the basis of information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  -<br><br>Reviewing Officer: _____  Date: August 10, 2006 | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I.  POSITIONS. (Reporting individual only; see pp. 9-13 of instructions)

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executrix | ▇▇▇▇▇▇ Estate |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II.  AGREEMENTS. (Reporting individual only; see pp.14-16 of instructions)

☒  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 AUG 15 P 4: 03
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 14, 2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>*(Yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income — *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable noninvestment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Law Firm: Crain Caton & James |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS. - *transportation, lodging, food, entertainment*
*(includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE REPORT
Page 3 of 17

Name of Person Reporting

Harmon, Melinda

Date of Report

August 14, 2006

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those to spouse and dependent children. See pp. 32-34 of Instructions.)*

[ ] NONE *(No reportable gifts.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual | Secured Note | J |
| 2. | MBNA | Credit Card | K |
| 3. | Capital One | Credit Card | K |
| 4. | Bank One | Credit Card | J |
| 5. | Capital One | Unsecured Note | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 14, 2006 |

## VII. INVESTMENTS and TRUSTS. - *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable non-investment income.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | E | Div Int | O | T | | | | | |
| 2. **Common Stock, Account 1** | | | | | | | | | |
| 3. Altria Group Inc | | | | | | | | | |
| 4. American Express Company | | | | | | | | | |
| 5. American Int'l Group, Inc. | | | | | | | | | |
| 6. Ameriprise Financial Inc. | | | | | Spin-Off | 9/30 | | | |
| 7. Bank of America Corp. | | | | | | | | | |
| 8. BP PLC Spons ADR | | | | | | | | | |
| 9. Bristol Myers Squibb Co. | | | | | | | | | |
| 10. Chevron Texaco | | | | | | | | | |
| 11. Citigroup, Inc | | | | | | | | | |
| 12. Coca Cola Company | | | | | | | | | |
| 13. Conoco Phillips | | | | | | | | | |
| 14. Emerson Electric | | | | | | | | | |
| 15. Exxon Mobil Corporation | | | | | | | | | |
| 16. Federal Nat'l Mortgage (FANNIE MAE) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See ColumnsC2) | Q=Appraisal | R = Cost (Real Estate Only) | S=Assessment | T=Cash Market | |
| | U=Book Value | V = Other | W=Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 5 of 17

Name of Person Reporting
Harmon, Melinda

Date of Report
August 14, 2006

## VII. INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | C. Gross value at end of reporting period (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period. (1) Type (e.g. Buy, sell, merger, redemption.) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 17. Trust #1 [continued] | | | | | | | | | |
| 18. **Common Stock, Account 1** [continued] | | | | | | | | | |
| 19. General Electric Co. | | | | | | | | | |
| 20. HSBC Holdings PLC Sponsored ADR | | | | | | | | | |
| 21. Home Depot, Inc. | | | | | | | | | |
| 22. Intel Corp | | | | | | | | | |
| 23. International Business Machines Co. | | | | | | | | | |
| 24. JP Morgan Chase & Co. | | | | | | | | | |
| 25. Johnson & Johnson | | | | | | | | | |
| 26. Marsh & McClennan Cos., Inc. | | | | | | | | | |
| 27. McGraw Hill Cos., Inc. | | | | | | | | | |
| 28. Merck & Co., Inc. | | | | | | | | | |
| 29. Merrill Lynch & Co., Inc. | | | | | | | | | |
| 30. Microsoft Corporation | | | | | | | | | |
| 31. News Corp Inc. CLA | | | | | | | | | |
| 32. Pepsico Incorporated | | | | | | | | | |

| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code (See Columns C1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| 3. | Value Method Codes (See Columns C2) | Q=Appraisal | V = Other | S=Assessment | | |
| | | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 14, 2006 |

## VII. INVESTMENTS and TRUSTS. - *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable non-investment income.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. **Trust #1** [continued] | | | | | | | | | |
| 34. **Common Stock, Account 1** [continued] | | | | | | | | | |
| 35. Pfizer Incorporated | | | | | | | | | |
| 36. Procter & Gamble Co. | | | | | | | | | |
| 37. Royal Dutch Petroleum Co. (Shell) | | | | | Exchange | 7/20 | | | |
| 38. Royal Dutch Shell PLC | | | | | Exchange | 7/20 | | | |
| 39. Smucker JM Co (New) | | | | | | | | | |
| 40. St. Paul Travelers Cos. Inc. | | | | | | | | | |
| 41. Target Corp. | | | | | | | | | |
| 42. Texas Instruments Inc. | | | | | | | | | |
| 43. Walmart Stores, Inc. | | | | | | | | | |
| 44. Walgreen Company | | | | | | | | | |
| 45. **Cash and Money Mkt. Funds, Account 1** | | | | | | | | | |
| 46. Tamarack Inv. Funds Prime | | | | | | | | | |

| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. | Value Method Codes (See ColumnsC2) | Q=Appraisal | V = Other | S=Assessment | T=Cash Market | |
| | | U=Book Value | | W=Estimated | | |

## VII. INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable non-investment income.)

| A.<br>Description of Assets<br>(including trust assets).<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>Div.,<br>rent,<br>or int.) | (1)<br>Amount<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>Buy, sell,<br>merger,<br>redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month<br>- Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 47. Trust #1 [continued] | | | | | | | | | |
| 48. **Common Stock, Account 2** | | | | | | | | | |
| 49. AEON Company, Ltd. | | | | | Buy | 9/20 | J | | |
| | | | | | Buy | 10/10 | J | | |
| | | | | | Buy | 12/14 | J | | |
| 50. Alumina Ltd. | | | | | | | | | |
| 51. Amvescap PLC | | | | | Sell | 1/7 | J | | |
| 52. Australia & New Zealand Bkg Sponsored ADR (New) | | | | | | | | | |
| 53. AXA | | | | | | | | | |
| 54. BAA PLC Spons Adr | | | | | | | | | |
| 55. Banco Santander Cent Hispano, SA | | | | | | | | | |
| 56. Barclays PLC ADR | | | | | Partial Sale | 8/4 | J | A | |
| 57. British Amern TOB PLC | | | | | Buy | 8/10 | J | | |
| 58. BT Group PLC | | | | | | | | | |
| 59. Cadbury Schwepps PLC ADR | | | | | Partial Sell | 10/27 | J | A | |
| | | | | | Partial Sell | 11/17 | J | A | |
| | | | | | Sell | 12/13 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A=$1,000 or less<br>F=$$50,001 - $100,000 | B=$1,001 - $2,500<br>G = $100,001 - $1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001 - $5,000,000 | D=$5,001 - $15,000<br>H2=More than $5,000,000 | E=$15,001 - $50,000 |
| 2. Value Code<br>(See ColumnsC1 and D3) | J=$15,000 or less<br>N=$250,001 - $500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001 - $50,000<br>O=$500,001 - $1,000,000<br>Q=Appraisal<br>U=Book Value | L=$50,001 - $100,000<br>P1=$1,000,001-$5,000,000<br>R = Cost (Real Estate Only)<br>V = Other | M=$100,001 - $250,000<br>P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See ColumnsC2) | | | P4=More than $50,000,000<br>S=Assessment<br>W=Estimated | T=Cash Market | |

FINANCIAL DISCLOSURE REPORT
Page 8 of 17

Name of Person Reporting
Harmon, Melinda

Date of Report
August 14, 2006

## VII. INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 60. Trust #1 [continued] | | | | | | | | | |
| 61. **Common Stock, Account 2** [continued] | | | | | | | | | |
| 62. Cameo Corp | | | | | Buy | 5/10 | J | | |
| | | | | | Buy | 10/1 | J | | |
| 63. Canadian Pacific Railway Ltd. | | | | | Buy | 3/4 | J | | |
| 64. Canon Inc. | | | | | | | | | |
| 65. China Mobile HK lTD. | | | | | | | | | |
| 66. Companhia Vale Do Rio Doce Sponsored ADR | | | | | Buy | 3/15 | J | | |
| 67. DBS Group Holdings | | | | | | | | | |
| 68. Deutsche Telekom AG Spons ADR | | | | | Sell | 11/9 | J | | |
| 69. Diageo PLC | | | | | Partial Sell | 3/15 | J | A | |
| | | | | | Buy | 7/8 | J | | |
| 70. Embraer Empresa | | | | | | | | | |
| 71. Encano Corp. | | | | | Buy | 11/16 | J | | |
| 72. Enel Societa Per Azioni | | | | | | | | | |
| 73. Fomento Economico Mexicano SA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More t an $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| 3. Value Met od Codes (See ColumnsC2) | Q=Appraisal | | S=Assessment | | |
| | U=Book Value | V = Ot er | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 14, 2006 |

## VII.  INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐  NONE *(No reportable non-investment income.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 74. Trust #1 [continued] | | | | | | | | | |
| 75. Common Stock, Account 2 [continued] | | | | | | | | | |
| 76. Fugi Photo Film Ltd. | | | | | Sell | 5/10 | J | | |
| 77. Hitachi Ltd Adr 10 Com | | | | | Sell | 10/13 | J | A | |
| 78. Honda Motor Ltd. | | | | | | | | | |
| 79. HSBC Holdings | | | | | | | | | |
| 80. ING Groep NV | | | | | | | | | |
| 81. Keppel Ltd Spons ADR | | | | | Buy | 8/31 | J | | |
| 82. Kyocera Corp. | | | | | Sell | 1/13 | J | | |
| 83. MSCI South Korea Index FD | | | | | | | | | |
| 84. Mitsubishi Corp. | | | | | | | | | |
| 85. Mitsubishi Tokyo Group Sponsored ADR | | | | | Exchange | 10/13 | | | |
| 86. Mitsubishi UFJ Finl ADR | | | | | Exchange | 10/13 | | | |
| 87. Nestle SA | | | | | | | | | |
| 88. Nokia Corp | | | | | Sell | 10/10 | J | | |
| 89. Norsk Hydro AS Sponsored ADR | | | | | Buy | 10/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See ColumnsC2) | Q=Appraisal | V = Other | S=Assessment | T=Cash Market | |
| | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 14, 2006 |

## VII. INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable non-investment income.)

| A.<br><br>Description of Assets<br>(including trust assets).<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>Div.,<br>rent,<br>or int.) | (1)<br>Amount<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>Buy, sell,<br>merger,<br>redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month<br>- Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 90. Trust #1 [continued] | | | | | | | | | |
| 91. **Common Stock, Account 2** [continued] | | | | | | | | | |
| 92. Novartis AG | | | | | | | | | |
| 93. Orix Corporation | | | | | Buy | 10/27 | J | | |
| | | | | | Buy | 12/28 | J | | |
| 94. Perusahaan Perseroan Persero Indonesian Satellite Corp. SPONS ADR | | | | | Exchange | 2/1 | | | |
| 95. PT Indosat ADR | | | | | Exchange | 2/1 | | | |
| | | | | | Sell | 3/17 | J | | |
| 96. Petroleo Brasileiro SA Petrobras Sponsored ADR | | | | | | | | | |
| 97. Petroleo Brasileiro SA Spons ADR REP 1 ond SHS | | | | | | | | | |
| 98. Philippine Long Distance Tel. Co. | | | | | | | | | |
| 99. Posco | | | | | Sell | 5/25 | J | A | |
| 100. Repsol YPE SA Sponsored ADR | | | | | Sell | 6/15 | J | A | |
| 101. Rio Tinto PLC | | | | | Buy | 4/28 | J | | |
| 102. Roche Holding Ltd. | | | | | Buy | 5/13 | J | | |

| 1. | Income Gain Codes:<br>(See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code<br>(See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. | Value Method Codes<br>(See ColumnsC2) | Q=Appraisal | V = Other | S=Assessment | T=Cash Market | |
| | | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 14, 2006 |

## VII. INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Trust #1 [continued] | | | | | | | | | |
| 104. **Common Stock, Account 2** [continued] | | | | | | | | | |
| 105. RWE Aktiengesellschaft Sponsored ADR | | | | | Buy | 4/15 | J | | |
| | | | | | Buy | 6/28 | J | | |
| | | | | | Buy | 11/8 | J | | |
| 106. SAP Aktiengesellschaf | | | | | Sell | 3/11 | J | | |
| 107. Serono SA ARD | | | | | Buy | 7/14 | J | | |
| 108. Shangri-La Asia LTD Spons ADR | | | | | | | | | |
| 109. Statoil ASA Spons ADR | | | | | Buy | 6/16 | J | | |
| 110. Stolt Offshore SA ADR Com | | | | | Buy | 3/9 | J | | |
| 111. Sun Hung Kai PPTYS LTD Spons ADR | | | | | | | | | |
| 112. Glaxosmithkline PLC | | | | | Sell | 3/4 | J | | |
| 113. Syngenta AD ADR | | | | | | | | | |
| 114. Toyota Motor Corp. Spons ADR | | | | | | | | | |
| 115. Taiwan Semiconductor Mfg Co Ltd Spons ADR | | | | | Sell | 10/25 | J | | |
| 116. Telecom Italia SPA | | | | | Sell | 4/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More t n $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3=$25,000,001-$50,000,000 | R = Cost (Re l Est te Only) | P4=More t n $50,000,000 | | |
| 3. Value Method Codes (See ColumnsC2) | Q=Appraisal | S=Assessment | T=Cash Market | | |
| | U=Book Value | V = Ot er | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 14, 2006 |

## VII. INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. **Trust #1** [continued] | | | | | | | | | |
| 118. **Common Stock, Account 2** [continued] | | | | | | | | | |
| 119. Total Fina Elf SA | | | | | | | | | |
| 120. Unibanco Uniao de Bancos, Brasilieros SA Globa | | | | | | | | | |
| 121. UBS AG Reg | | | | | | | | | |
| 122. Vivendi Universal SP ADR | | | | | Buy | 5/24 | J | | |
| 123. Vondafone Group PLC | | | | | Buy | 1/13 | J | | |
| | | | | | Partial Sell | 12/15 | J | | |
| 124. WMC Resources, LTD | | | | | Sell | 6/23 | J | | |
| 125. **Cash and Money Mkt., Account 2** | | | | | | | | | |
| 126. Tamarack Investment Funds Tax Free | | | | | | | | | |
| 127. **Bonds, Account 3** | | | | | | | | | |
| 128. Texas A & M Univ Revs. FING SYS O/Y 4.749% B/E CPN 4.750% DUE 5/15/2007 | | | | | | | | | |
| 129. Texas Wtr Dev. BDR RV ST REVOLVING FD-SR Lien Ser A B/E O/Y 4.375% CPN 4.300% DUE 7/15/2006 | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A=$1,000 or less
   - B=$1,001 - $2,500
   - C=$2,501-$5,000
   - D=$5,001 - $15,000
   - E=$15,001 - $50,000
   - F=$$50,001 - $100,000
   - G = $100,001 - $1,000,000
   - H1=$1,000,001 - $5,000,000
   - H2=More than $5,000,000
2. Value Code: (See ColumnsC1 and D3)
   - J=$15,000 or less
   - K=$15,001 - $50,000
   - L=$50,001 - $100,000
   - M=$100,001 - $250,000
   - N=$250,001 - $500,000
   - O=$500,001 - $1,000,000
   - P1=$1,000,001-$5,000,000
   - P2 = $5,000,001 - $25,000,000
   - P3=$25,000,001-$50,000,000
   - P4=More than $50,000,000
3. Value Method Codes (See ColumnsC2)
   - Q=Appraisal
   - R = Cost (Real Estate Only)
   - S=Assessment
   - T=Cash Market
   - U=Book Value
   - V = Other
   - W=Estimated

FINANCIAL DISCLOSURE REPORT
Page 13 of 17

Name of Person Reporting
Harmon, Melinda

Date of Report
August 14, 2006

## VII. INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 130. Trust #1 [continued] | | | | | | | | | |
| 131. **Bonds, Account 3** [continued] | | | | | | | | | |
| 132. Travis Cnty Tx HSG Fin Corp Single Fam MTG REV Compound INT REGD MBIA Due 11/15/2016 | | | | | Redemption | 1/26 | J | | |
| 133. Fort Worth Tx Wtr Swr Rev Ref & Impt O/Y 4.95%B/E Due 2/15/2010 | | | | | | | | | |
| 134. **Cash & Money Mkt, Account 3** | | | | | | | | | |
| 135. Tamarack Investment Funds Tax Free | | | | | | | | | |
| 136. IRA #1 | E | Div | P1 | T | | | | | |
| 137. Exxon Mobil | | | | | | | | | |
| 138. Aim Aggressive Growth Fund | | | | | | | | | |
| 139. SB Money Funds | | | | | | | | | |
| 140. IRA #2 | A | Div | K | T | | | | | |
| 141. SB Money Funds | | | | | | | | | |
| 142. Aim Aggressive Grown fund | | | | | | | | | |
| 143. IRA #3 | A | Div | M | T | | | | | |
| 144. SB Money Funds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See ColumnsC2) | Q=Appraisal | V = Other | S=Assessment | T=Cash Market | |
| | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 14, 2006 |

## VII. INVESTMENTS and TRUSTS. - income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. IRA #3 [continued] | | | | | | | | | |
| 146. Triumph Resources | | | | | | | | | |
| 147. Zweig Close End Fund | | | | | | | | | |
| 148. Aim Aggresive Growth Fund | | | | | | | | | |
| 149. Alliance Premier Growth | | | | | | | | | |
| 150. Law Firm 401K Profit Sharing Plan | | None | N | T | | | | | |
| 151. Real Estate Dallas, Tx., Parcel 1 | | None | K | Q | | | | | |
| 152. Real Estate Dallas, Tx., Parcel 2 | B | Rent | J | Q | | | | | |
| 153. Mineral Royalty Int. | | None | J | W | | | | | |
| 154. Exxon Mobil | A | Div | K | T | | | | | |
| 155. Amerigroup Corp. (AMCP) | | None | | | Sell | 6/9 | L | F | |
| 156. Life Extra Ordinary Life Policy Northwestern Mutual | B | Div | K | T | | | | | |
| 157. Northwestern Mutual Life "65 Life" Policy #1 | A | Div | J | T | | | | | |
| 158. Northwestern Mutual Life "65 Life" Policy #2 | A | Div | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 | |
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | | |
| | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | | |
| 3. Value Method Codes (See ColumnsC2) | Q=Appraisal | V = Other | S=Assessment | | | |
| | U=Book Value | | W=Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 14, 2006 |

## VII.     INVESTMENTS and TRUSTS. - *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐    NONE *(No reportable non-investment income.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 159. Northwestern Mutual Life "65 Life" Policy #3 | A | Div | J | T | | | | | |
| 160. ████████ estate | | | | | | | | | |
| 161. CD Bank One | A | Int | K | T | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |

| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. | Value Method Codes (See ColumnsC2) | Q=Appraisal | | S=Assessment | T=Cash Market | |
| | | U=Book Value | W=Estimated | | | |
| | | | V = Other | | | |

FINANCIAL DISCLOSURE REPORT
Page 16 of 17

Name of Person Reporting

Harmon, Melinda

Date of Report
August 14, 2006

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS - *(Indicate part of Report.)*

VII(1) Trust #1

Common Stock, Accounts 1, 2, 3

The values and amounts listed reflect a 3/15 interest in the trust, which consists of three different accounts. Each of the three accounts also contains a money market fund component.

Lines 37 and 38: Royal Dutch Petroleum Co. (Shell) stock exchanged for Royal Dutch Shell PLC.

Lines 85 and 86: Mitsubishi Tokyo Group Sponsored ADR stock exchanged for Mitsubishi UFJ Finl ADR.

Lines 94 and 95: Perusahaan Perseroan Persero Indonesian Satellite Corp. SPONS ADR stock exchanged for PT Indosat ADR stock.

Line 98: Philippine Long Distance Tel. Co. was purchased 1/22/04 at a value of J, but was mistakenly omitted from the 2004 report.

VII(5)
Line 150: Share in law firm profit sharing plan and ABA Master Profit Sharing Plan. Participant's share is invested in the Index Equity Fund, a mutual fund, and is a self-managed account investing in Dreyfus Appreciation Mutual Fund.

VII(6-7)·
Lines 151 and 152: Undivided 1/8 interest in two pieces of property in Dallas, Texas. Date of appraisal, December 6, 1994.

VII(8)
Line 153: 1/4 interest in a mineral royalty inherited in August 1999, paid through decedent's law firm. The interest is both a working and royalty interest on properties located in Webb County, Texas. The enterprise is Houston Exploration Co., Houston, Texas.

VII(15)
Lines 160 and 161: All assets of the estate have been distributed to the sole beneficiary. The amended inventory was approved by the probate court 8/2/05, thus concluding probate.

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 14, 2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app.. § 501 et. Seq., 5 U.S.C. § 7353 and Judicial Conference Regulations.

Signature ███████████████                                    August 14, 2006

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C, App., § 104.)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C.  20544